# ELECTRONIC RECORD

1512-14

COA #   05-12-01720-CR          OFFENSE:   49.04

STYLE:   Stephen Matthew Polito v. The
         State of Texas          COUNTY:   Collin

COA DISPOSITION:     AFFIRM          TRIAL COURT:   219th Judicial District Court

DATE: 1/30/2014          Publish: NO   TC CASE #:     219-80376-2012


# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Stephen Matthew Polito v. The
         State of Texas          CCA #:   1512-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED,_____          JUDGE: _____

DATE: _02/25/2015_____          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD